BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch
M. ANDREW ZEE (CA Bar No. 272510)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Phone: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT P. HYATT and AMERICAN ASSOCIATION FOR EQUITABLE TREATMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET and SHAUN DONOVAN, in his official capacity as Director of the Office of Management and Budget, <br><br> Defendants. | Case No: 2:16-cv-01944-JAD-GWF <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br> **(First Request)** <br><br> **ORDER** |

1. Pursuant to Fed. R. Civ. P. 6 and Local Rule IA 6-1, Defendants, the Office of Management and Budget and Shaun Donovan, in his official capacity as Director of the Office of Management and Budget, respectfully request that this Court extend Defendants' deadline to serve an answer or otherwise respond to Plaintiffs' Complaint, ECF No. 1, to November 16, 2016. Counsel for Defendants has conferred with counsel for Plaintiffs, who has indicated that Plaintiffs consent to the requested extension. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their Complaint for Declaratory Relief in this action on August 16, 2016. ECF No. 1. Plaintiffs served the United States pursuant to Fed. R. Civ. P. 4(i) on or about August 23, 2016. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants' deadline to serve an answer or otherwise respond to Plaintiffs' Complaint is October 27, 2016.

2. Defendants and their counsel need an additional twenty (20) days in order to prepare their response to Plaintiffs' Complaint. The reasons for the requested extension are that undersigned counsel for Defendants faces briefing deadlines of October 19 and October 28, 2016 in two other matters. Counsel also needs additional time to confer with officials in the Office of Management and Budget and the Department of Justice in order to prepare Defendants' response to the Complaint. This is the first request for an extension of time to file Defendants' response to the Complaint. At this early stage of the litigation, the requested twenty-day extension will not have a significant effect upon the schedule for this case.

3. On October 11 and 13, 2016, undersigned counsel conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to the requested extension.

For the foregoing reasons, Defendants respectfully submit that good cause exists for the requested extension and request that the Court grant their unopposed motion for an extension of time through and including November 16, 2016 to serve an answer or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted this 18th day of October 2016.

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: October 19, 2016.

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

1

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
ERIC R. WOMACK
Assistant Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE
Trial Attorney



IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:_____