MARK A. HUTCHISON (4639)
HUTCHISON & STEFFEN, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com

ANDREW M. GROSSMAN
MARK W. DELAQUIL
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
Fax: (202) 861-1783
agrossman@bakerlaw.com

*Attorneys for Plaintiffs Gilbert P. Hyatt and American Association for Equitable Treatment, Inc.*

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY
DISTRICT OF NEVADA
BLAINE T. WELSH
CIVIL DIVISION CHIEF
DISTRICT OF NEVADA

ERIC R. WOMACK
ASSISTANT BRANCH DIRECTOR
MICHAEL ANDREW ZEE
ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
(415) 436-6646
m.andrew.zee@usdoj.gov

*Attorneys for Defendants Office of Management and Budget and Mick Mulvaney*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT P. HYATT and AMERICAN ASSOCIATION FOR EQUITABLE TREATMENT, INC., <br><br> Plaintiffs, <br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET and MICK MULVANEY, in his official capacity as Director of the Office of Management and Budget, <br><br> Defendants. | Case No.: 2:16-cv-01944-JAD-GWF <br><br> **[PROPOSED] SCHEDULING ORDER** |

1

Before the Court is the parties' Joint Motion for a Scheduling Order and proposed briefing schedule. The Court hereby adopts the proposed briefing schedule.

Accordingly, it is ordered that:

- Defendants shall file their Answer on or before April 8.
- Defendants shall file the Administrative Record on or before May 14.
- Defendants shall file their Motion for Summary Judgment on or before June 12.
- Plaintiffs shall file their (combined) Opposition and any Cross-Motion for Summary Judgment on or before July 17.
- Defendants shall file their (combined) Reply and Opposition to any Cross-Motion on or before August 21.
- Plaintiffs shall file their Reply on or before September 11.

**IT IS SO ORDERED:**

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2019