Mark A. Hutchison (4639)
Hutchison & Steffen, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
rstewart@hutchlegal.com

Andrew M. Grossman (*pro hac vice*)
Mark W. DeLaquil (*pro hac vice*)
Baker & Hostetler LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
Fax: (202) 861-1783
agrossman@bakerlaw.com

*Attorneys for Plaintiffs Gilbert P. Hyatt and American Association for Equitable Treatment, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GILBERT P. HYATT and AMERICAN ASSOCIATION FOR EQUITABLE TREATMENT, INC., <br><br> Plaintiffs, <br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET and MICK MULVANEY, in his official capacity as Director of the Office of Management and Budget, <br><br> Defendants. | Case No.: 2:16-cv-01944-JAD-GWF <br><br> **ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br> **(First Request)** <br><br> ECF No. 51 |

Pursuant to Fed. R. Civ. P. 6 and Local Rule IA 6-1, Plaintiffs respectfully move the Court to extend the time for filing for Plaintiffs' Reply in support of their Motion for Summary Judgment by 12 days, from September 11 to September 23, 2019. Counsel for Plaintiffs has conferred with counsel for Defendants, who indicated that Defendants do not oppose the requested extension. In support of this motion, Plaintiffs state as follows:

1. This is an action under the Administrative Procedure Act challenging the Defendants' compliance with the Paperwork Reduction Act in denying petitions filed by Plaintiffs Gilbert P. Hyatt and the American Association for Equitable Treatment, Inc.

2. On March 26, 2019, the Court entered a Scheduling Order to govern summary judgment briefing. ECF No. 41. Subsequently, Defendants filed a Motion for Summary Judgment, Plaintiffs filed a Cross-Motion for Summary Judgment, and Defendants filed a combined Reply and Opposition. Pursuant to the Scheduling Order, Plaintiffs' final Reply in support of their Cross-Motion for Summary Judgment is due on September 11.

3. Plaintiffs require a brief extension in order to prepare their reply. The reason for the requested extension is that Plaintiffs' counsel principally responsible for summary judgment briefing has been and remains out of the office to address an urgent and unexpected litigation and regulatory matter in the State of Montana that is anticipated to conclude next week. Plaintiffs' other principal counsel has numerous deadlines for filings over the next two weeks, including a petition for certiorari due on September 16 for which no further extension is available. This is the first request to extend the time to file the Plaintiffs' Reply. Given that summary judgment briefing is nearly complete, and that this case is likely to be decided upon the administrative record, the requested twelve-day extension will not have a significant effect upon the schedule for this case.

4. On September 3, undersigned counsel conferred with counsel for Defendants, who indicated that Defendants do not oppose the requested extension

1

**Conclusion**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their unopposed motion for an extension of time through and including September 23, 2019, to serve and file their Reply in support of their Cross-Motion for Summary Judgment.

Dated: September 4, 2019

Respectfully submitted,

/s/ Andrew M. Grossman
MARK A. HUTCHISON (4639)
HUTCHISON & STEFFEN, LLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
(702) 385-2500
Fax: (702) 385-2086
mhutchison@hutchlegal.com
rstewart@hutchlegal.com

ANDREW M. GROSSMAN (*pro hac vice*)
MARK W. DELAQUIL (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
Fax: (202) 861-1783
agrossman@bakerlaw.com

*Attorneys for Plaintiffs Gilbert P. Hyatt and American Association for Equitable Treatment, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 9-9-19